UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QASIM ALI,<br><br>   Plaintiff,<br><br> v.<br><br>TESSERA DATA, INC. f/k/a THEMIS DATA SOLUTIONS, LLC,<br><br>   Defendant. | CASE NO. 2:22-cv-1258<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the Plaintiff's Notice of Voluntary Dismissal, with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. No. 7. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant has not filed an answer or motion for summary judgment in this matter. Under Rule 41, the Court FINDS and ORDERS that this case is DISMISSED with prejudice. This case is CLOSED.

Dated this 11th day of May, 2023.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL - 1